**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-0941-20

VINCENT LABARBIERA,

     Plaintiff-Respondent,

v.

BOROUGH OF PARAMUS,

     Defendant-Respondent.

Submitted January 6, 2022 – Decided January 21, 2022

Before Judges Alvarez and Mawla.

On appeal from the Superior Court of New Jersey, Law Division, Bergen County, Docket No. L-4174-20.

Giblin & Gannaio, attorneys for appellant Joseph Vartolone (Brian T. Giblin, Sr. and Brian T. Giblin, Jr., on the briefs).

Matthew T. Priore, attorney for respondent Vincent LaBarbiera (Matthew T. Priore and Scott J. DeRosa, on the brief).

Methfessel & Werbel, attorneys for respondent Borough of Paramus (Eric L. Harrison, of counsel and on the brief; Ashley E. Malandre, on the brief).

PER CURIAM

The parties to the appeal have settled the issues between them. In accordance with the stipulation they have filed, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

2